# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy Walters | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 24-10110 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of KeyBank, NA and index same on the master mailing list.

    Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
29 Jan 2024, 14:31:43, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322