# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 10/15/2023 | 10/28/2023 | 11/03/2023 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 9,548.20 | 503.32 | 2,632.11 | 295.34 | 6,117.43 |
| YTD | 1,584.00 | 210,801.71 | 9,841.99 | 66,463.77 | 22,665.30 | 111,830.65 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 23,670.20 |
| CIP Quarterly Bonus | 10/15/2023 - 10/28/2023 | | | 2,471.27 | 10,442.65 |
| Dividend Equivalent Unit | | | | | 1,607.92 |
| Flex Day | | | | | 1,363.71 |
| Floating Holiday | | | | | 675.69 |
| Holiday Pay | | | | | 4,766.82 |
| NQO Exercise | | | | | 5,420.30 |
| Non-Cash GU Zero Net | | | | | 40.12 |
| Regular Pay - Salary | 10/15/2023 - 10/28/2023 | 80 | 88.46 | 7,076.93 | 135,835.38 |
| Restricted Stock Distribution | | | | | 18,693.33 |
| Vacation Pay | | | | | 8,285.59 |
| Earnings | | | | 9,548.20 | 210,801.71 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.00 | 9,932.40 |
| Medicare | 215.97 | 3,105.73 |
| Federal Withholding | 1,790.06 | 39,796.83 |
| State Tax - PA | 289.77 | 6,398.77 |
| SUI-Employee Paid - PA | 6.69 | 147.68 |
| City Tax - PHILA | 329.62 | 7,082.36 |
| Employee Taxes | 2,632.11 | 66,463.77 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 4.000% | 381.93 | 7,292.80 |
| Dental | | 8.05 | 169.05 |
| Medical | | 111.02 | 2,331.42 |
| Vision | | 2.32 | 48.72 |
| Pre-tax Deductions | | 503.32 | 9,841.99 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 4,446.74 |
| Life and AD&D Retro | | | 9.10 |
| Net Pay Offset | | | 16,460.22 |
| Non-Cash Gross-up Offset | | | 28.02 |
| Spouse AD&D Insurance | | 1.30 | 27.30 |
| Spouse Life Insurance | | 6.15 | 129.15 |
| Supplemental AD&D Ins | | 13.25 | 269.27 |
| Supplemental Life Ins | | 63.76 | 1,295.50 |
| Post-tax Deductions | | 295.34 | 22,665.30 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 11.84 | 175.84 |
| Taxable GTL | 22.00 | 326.00 |
| Taxable Non-Cash Event | 33.84 | 501.84 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PHILADELPHIA FCU | PHILADELPHIA FCU ******9491 | ******9491 | | 4,893.94 | USD |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 1,223.49 | USD |

**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 10/29/2023 | 11/11/2023 | 11/17/2023 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 7,076.94 | 404.47 | 1,895.23 | 295.34 | 4,481.90 |
| YTD | 1,656.00 | 217,878.65 | 10,246.46 | 68,359.00 | 22,960.64 | 116,312.55 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CIP Annual Bonus | | | | | 23,670.20 | Social Security | 0.00 | 9,932.40 |
| CIP Quarterly Bonus | | | | | 10,442.65 | Medicare | 164.24 | 3,269.97 |
| Dividend Equivalent Unit | | | | | 1,607.92 | Federal Withholding | 1,267.51 | 41,064.34 |
| Flex Day | 10/29/2023 - 11/11/2023 | 8 | 88.46 | 707.70 | 2,071.41 | State Tax - PA | 213.90 | 6,612.67 |
| Floating Holiday | | | | | 675.69 | SUI-Employee Paid - PA | 4.97 | 152.65 |
| Holiday Pay | | | | | 4,766.82 | City Tax - PHILA | 244.61 | 7,326.97 |
| NQO Exercise | | | | | 5,420.30 | | | |
| Non-Cash GU Zero Net | | | | | 40.12 | | | |
| Regular Pay - Salary | 10/29/2023 - 11/11/2023 | 72 | 88.46 | 6,369.24 | 142,204.62 | | | |
| Restricted Stock Distribution | | | | | 18,693.33 | | | |
| Vacation Pay | | | | | 8,285.59 | | | |
| Earnings | | | | 7,076.94 | 217,878.65 | Employee Taxes | 1,895.23 | 68,359.00 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 4.000% | 283.08 | 7,575.88 | 401K Loan (Loan01) | | 210.88 | 4,657.62 |
| Dental | | 8.05 | 177.10 | Life and AD&D Retro | | | 9.10 |
| Medical | | 111.02 | 2,442.44 | Net Pay Offset | | | 16,460.22 |
| Vision | | 2.32 | 51.04 | Non-Cash Gross-up Offset | | | 28.02 |
| | | | | Spouse AD&D Insurance | | 1.30 | 28.60 |
| | | | | Spouse Life Insurance | | 6.15 | 135.30 |
| | | | | Supplemental AD&D Ins | | 13.25 | 282.52 |
| | | | | Supplemental Life Ins | | 63.76 | 1,359.26 |
| Pre-tax Deductions | | 404.47 | 10,246.46 | Post-tax Deductions | | 295.34 | 22,960.64 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 11.84 | 187.68 |
| Taxable GTL | 22.00 | 348.00 |
| Taxable Non-Cash Event | 33.84 | 535.68 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 896.38 | USD |
| PHILADELPHIA FCU | PHILADELPHIA FCU ******9491 | ******9491 | | 3,585.52 | USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 11/12/2023 | 11/25/2023 | 12/01/2023 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 7,076.94 | 404.47 | 1,895.24 | 295.34 | 4,481.89 |
| YTD | 1,712.00 | 224,955.59 | 10,650.93 | 70,254.24 | 23,255.98 | 120,794.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 23,670.20 |
| CIP Quarterly Bonus | | | | | 10,442.65 |
| Dividend Equivalent Unit | | | | | 1,607.92 |
| Flex Day | 11/12/2023 - 11/25/2023 | 16 | 88.46 | 1,415.39 | 3,486.80 |
| Floating Holiday | | | | | 675.69 |
| Holiday Pay | 11/12/2023 - 11/25/2023 | 8 | 88.46 | 707.70 | 5,474.52 |
| NQO Exercise | | | | | 5,420.30 |
| Non-Cash GU Zero Net | | | | | 40.12 |
| Regular Pay - Salary | 11/12/2023 - 11/25/2023 | 56 | 88.46 | 4,953.85 | 147,158.47 |
| Restricted Stock Distribution | | | | | 18,693.33 |
| Vacation Pay | | | | | 8,285.59 |
| Earnings | | | | 7,076.94 | 224,955.59 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.00 | 9,932.40 |
| Medicare | 164.26 | 3,434.23 |
| Federal Withholding | 1,267.51 | 42,331.85 |
| State Tax - PA | 213.90 | 6,826.57 |
| SUI-Employee Paid - PA | 4.96 | 157.61 |
| City Tax - PHILA | 244.61 | 7,571.58 |
| Employee Taxes | 1,895.24 | 70,254.24 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 4.000% | 283.08 | 7,858.96 |
| Dental | | 8.05 | 185.15 |
| Medical | | 111.02 | 2,553.46 |
| Vision | | 2.32 | 53.36 |
| Pre-tax Deductions | | 404.47 | 10,650.93 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 4,868.50 |
| Life and AD&D Retro | | | 9.10 |
| Net Pay Offset | | | 16,460.22 |
| Non-Cash Gross-up Offset | | | 28.02 |
| Spouse AD&D Insurance | | 1.30 | 29.90 |
| Spouse Life Insurance | | 6.15 | 141.45 |
| Supplemental AD&D Ins | | 13.25 | 295.77 |
| Supplemental Life Ins | | 63.76 | 1,423.02 |
| Post-tax Deductions | | 295.34 | 23,255.98 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 11.84 | 199.52 |
| Taxable GTL | 22.00 | 370.00 |
| Taxable Non-Cash Event | 33.84 | 569.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 896.38 | USD |
| PHILADELPHIA FCU | PHILADELPHIA FCU ******9491 | ******9491 | | 3,585.51 | USD |



**Comcast (CC) of Willow Grove**
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 11/26/2023 | 12/09/2023 | 12/15/2023 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 7,076.93 | 369.08 | 1,871.37 | 295.34 | 4,541.14 |
| YTD | 1,792.00 | 232,032.52 | 11,020.01 | 72,125.61 | 23,551.32 | 125,335.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 23,670.20 |
| CIP Quarterly Bonus | | | | | 10,442.65 |
| Dividend Equivalent Unit | | | | | 1,607.92 |
| Flex Day | | | | | 3,486.80 |
| Floating Holiday | | | | | 675.69 |
| Holiday Pay | | | | | 5,474.52 |
| NQO Exercise | | | | | 5,420.30 |
| Non-Cash GU Zero Net | | | | | 40.12 |
| Regular Pay - Salary | 11/26/2023 - 12/09/2023 | 80 | 88.46 | 7,076.93 | 154,235.40 |
| Restricted Stock Distribution | | | | | 18,693.33 |
| Vacation Pay | | | | | 8,285.59 |
| Earnings | | | | 7,076.93 | 232,032.52 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.00 | 9,932.40 |
| Medicare | 161.70 | 3,595.93 |
| Federal Withholding | 1,249.94 | 43,581.79 |
| State Tax - PA | 213.90 | 7,040.47 |
| SUI-Employee Paid - PA | 4.96 | 162.57 |
| City Tax - PHILA | 240.87 | 7,812.45 |
| Employee Taxes | 1,871.37 | 72,125.61 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 3.500% | 247.69 | 8,106.65 |
| Dental | | 8.05 | 193.20 |
| Medical | | 111.02 | 2,664.48 |
| Vision | | 2.32 | 55.68 |
| Pre-tax Deductions | | 369.08 | 11,020.01 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 5,079.38 |
| Life and AD&D Retro | | | 9.10 |
| Net Pay Offset | | | 16,460.22 |
| Non-Cash Gross-up Offset | | | 28.02 |
| Spouse AD&D Insurance | | 1.30 | 31.20 |
| Spouse Life Insurance | | 6.15 | 147.60 |
| Supplemental AD&D Ins | | 13.25 | 309.02 |
| Supplemental Life Ins | | 63.76 | 1,486.78 |
| Post-tax Deductions | | 295.34 | 23,551.32 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 11.84 | 211.36 |
| Taxable GTL | -86.60 | 283.40 |
| Taxable Non-Cash Event | -74.76 | 494.76 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PHILADELPHIA FCU | PHILADELPHIA FCU ******9491 | ******9491 | | 3,632.91 | USD |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 908.23 | USD |



Christiana Care Health Services, Inc.  PO Box 2653  Wilmington, DE 19805  +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 10/29/2023 | 11/11/2023 | 11/17/2023 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,123.65 | 0.00 | 774.59 | 292.59 | 2,056.47 |
| YTD | 69,870.60 | 0.00 | 17,157.76 | 6,538.91 | 46,173.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| BRAVO | | | | | 19.98 |
| CRP Payment | | | | | 500.00 |
| CRP OT - Payment | | | | | 0.03 |
| GTL Imputed Inc | 10/29/2023-11/11/2023 | 0 | 0 | 1.25 | 25.76 |
| Holiday Premium | | | | | 297.44 |
| Over 80 - Straight Time | | | | | 9.16 |
| OT Over 80 - Premium | | | | | 4.63 |
| PTO | 10/29/2023-11/11/2023 | 3.75 | 38.28 | 143.55 | 8,159.36 |
| Regular | 10/29/2023-11/11/2023 | 74.75 | 38.28 | 2,861.43 | 59,072.84 |
| Shift Weekend | 10/29/2023-11/11/2023 | 16 | 3.828 | 61.25 | 980.08 |
| Details Not Displayed | | | | 71.49 | 1,140.29 |
| Earnings | | | | 3,138.97 | 70,209.57 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 185.22 | 4,142.50 |
| Medicare | 43.32 | 968.81 |
| Federal Withholding | 404.56 | 8,910.44 |
| State Tax - DE | 141.49 | 3,136.01 |
| Employee Taxes | 774.59 | 17,157.76 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 124.95 | 2,774.05 |
| BRAVO (Post Tax) | | 12.75 |
| Dental (Pre Tax) | 24.00 | 552.00 |
| PPO Medical (Pre Tax) | 120.00 | 2,669.00 |
| Life Insurance (Post Tax) | 9.60 | 212.61 |
| Details Not Displayed | 14.04 | 318.50 |
| All Deductions | 292.59 | 6,538.91 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,987.40 | 66,814.46 |
| Medicare - Taxable Wages | 2,987.40 | 66,814.46 |
| Federal Withholding - Taxable Wages | 2,862.45 | 64,040.41 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 79.3 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,056.47 | USD |



Christiana Care Health Services, Inc.   PO Box 2653   Wilmington, DE 19805   +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 11/12/2023 | 11/25/2023 | 12/01/2023 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,247.67 | 0.00 | 818.12 | 297.55 | 2,132.00 |
| YTD | 73,118.27 | 0.00 | 17,975.88 | 6,836.46 | 48,305.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| BRAVO | | | | | 19.98 |
| CRP Payment | | | | | 500.00 |
| CRP OT - Payment | | | | | 0.03 |
| GTL Imputed Inc | 11/12/2023-11/25/2023 | 0 | 0 | 1.25 | 27.01 |
| Holiday Premium | 11/19/2023-11/25/2023 | 8 | 19.33 | 154.64 | 452.08 |
| Over 80 - Straight Time | | | | | 9.16 |
| OT Over 80 - Premium | | | | | 4.63 |
| PTO | 11/12/2023-11/25/2023 | 8.25 | 38.28 | 315.81 | 8,475.17 |
| Regular | 11/12/2023-11/25/2023 | 71.75 | 38.28 | 2,746.59 | 61,819.43 |
| Shift Weekend | 11/12/2023-11/25/2023 | 8 | 3.828 | 30.63 | 1,010.71 |
| Details Not Displayed | | | | 14.07 | 1,154.36 |
| Earnings | | | | 3,262.99 | 73,472.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 192.90 | 4,335.40 |
| Medicare | 45.12 | 1,013.93 |
| Federal Withholding | 430.75 | 9,341.19 |
| State Tax - DE | 149.35 | 3,285.36 |
| Employee Taxes | 818.12 | 17,975.88 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 129.91 | 2,903.96 |
| BRAVO (Post Tax) | | 12.75 |
| Dental (Pre Tax) | 24.00 | 576.00 |
| PPO Medical (Pre Tax) | 120.00 | 2,789.00 |
| Life Insurance (Post Tax) | 9.60 | 222.21 |
| Details Not Displayed | 14.04 | 332.54 |
| All Deductions | 297.55 | 6,836.46 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,111.42 | 69,925.88 |
| Medicare - Taxable Wages | 3,111.42 | 69,925.88 |
| Federal Withholding - Taxable Wages | 2,981.51 | 67,021.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 82.45 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,132.00   USD |



Christiana Care Health Services, Inc.  PO Box 2653  Wilmington, DE 19805  +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 11/26/2023 | 12/09/2023 | 12/15/2023 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,093.03 | 0.00 | 763.83 | 291.36 | 2,037.84 |
| YTD | 76,211.30 | 0.00 | 18,739.71 | 7,127.82 | 50,343.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| BRAVO | | | | | 19.98 |
| CRP Payment | | | | | 500.00 |
| CRP OT - Payment | | | | | 0.03 |
| GTL Imputed Inc | 11/26/2023-12/09/2023 | 0 | 0 | 1.25 | 28.26 |
| Holiday Premium | | | | | 452.08 |
| Over 80 - Straight Time | | | | | 9.16 |
| OT Over 80 - Premium | | | | | 4.63 |
| PTO | 11/26/2023-12/09/2023 | 8 | 38.28 | 306.24 | 8,781.41 |
| Regular | 11/26/2023-12/09/2023 | 72 | 38.28 | 2,756.16 | 64,575.59 |
| Shift Weekend | 11/26/2023-12/09/2023 | 8 | 3.828 | 30.63 | 1,041.34 |
| Details Not Displayed | | | | 14.07 | 1,168.43 |
| Earnings | | | | 3,108.35 | 76,580.91 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.32 | 4,518.72 |
| Medicare | 42.87 | 1,056.80 |
| Federal Withholding | 398.09 | 9,739.28 |
| State Tax - DE | 139.55 | 3,424.91 |
| Employee Taxes | 763.83 | 18,739.71 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 123.72 | 3,027.68 |
| BRAVO (Post Tax) | | 12.75 |
| Dental (Pre Tax) | 24.00 | 600.00 |
| PPO Medical (Pre Tax) | 120.00 | 2,909.00 |
| Life Insurance (Post Tax) | 9.60 | 231.81 |
| Details Not Displayed | 14.04 | 346.58 |
| All Deductions | 291.36 | 7,127.82 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,956.78 | 72,882.66 |
| Medicare - Taxable Wages | 2,956.78 | 72,882.66 |
| Federal Withholding - Taxable Wages | 2,833.06 | 69,854.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 85.85 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,037.84 | USD |