## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Timothy Walters | : | |
| Andrea Walters | : | |
| | : | |
| | : | BANKRUPTCY NO. 24-10110 amc |
| Debtor (s) | | |

### P R A E C I P E TO WITHDRAW DOCUMENT(S)

TO THE CLERK

Kindly withdraw docket Entry No(s).25

Respectfully submitted,

Date: April 18, 2024

/s/ Kenneth E. West, Esquire
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19107