United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10110-amc |
| Timothy Walters | Chapter 13 |
| Andrea Walters | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14852706 | + Email/Text: bncnotifications@pheaa.org | Apr 29 2024 23:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor KeyBank  NA bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Debtor Timothy Walters get24esq@aol.com |
| GARY E. THOMPSON | on behalf of Joint Debtor Andrea Walters get24esq@aol.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2024 | Form ID: trc | Total Noticed: 1 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 24-10110-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy Walters
151 Hamilton Road
Landenberg PA 19350

Andrea Walters
151 Hamilton Road
Landenberg PA 19350

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/29/2024.

Name and Address of Alleged Transferor(s):

Claim No. 7: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/01/24

Tim McGrath
**CLERK OF THE COURT**