UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     TIMOTHY WALTERS <br>     ANDREA WALTERS <br><br>               Debtors | Chapter 13 <br> Bankruptcy No.24-10110-AMC |

CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 22nd day of May, 2024, by first class mail upon those listed below:

TIMOTHY WALTERS
ANDREA WALTERS
151 HAMILTON ROAD
LANDENBERG, PA  19350

**Electronically via CM/ECF System Only:**

GARY E THOMPSON, ESQ.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                            */s/ Kenneth E. West, Esq.*
                                            Kenneth E. West, Esq.
                                            Standing Chapter 13 Trustee