**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        : CHAPTER 13
**Timothy Walters**                           :
**Andrea Walters**                            :
                                              :   BANKRUPTCY NO.  **24-10110 AMC**
                        Debtor (s)

## P R A E C I P E

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 8/27/2024 At 10:00 AM. before the Chief Judge Ashely M. Chan.

Respectfully submitted,

Date: July 23, 2024                /s/Jack K. Miller, Esquire for
                                   Kenneth E. West, Esquire
                                   Chapter 13 Standing Trustee
                                   P.O. Box 40837
                                   Philadelphia, PA  19107