United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10110-amc
Timothy Walters  Chapter 13
Andrea Walters
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Jul 24, 2024  Form ID: 152  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Walters, Andrea Walters, 151 Hamilton Road, Landenberg, PA 19350-9365 |
| cr | + | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENU, Office of Attorney General, c/o Christopher R. Momjian, 1600 Arch Street, Suite 300, Philadelphia, PA 19103 UNITED STATES 19103-2016 |
| 14846405 | + | AES, Pheaa, POB 2057, Harrisburg, PA 17105-2057 |
| 14846407 | + | Baker Tilly, POB 78975, Milwaukee, WI 53278-8975 |
| 14846413 | | Cashion Legal, 4838 Richard Road SW, Suite 300, Calgary, AB |
| 14848132 | + | Commonwealth of PA, Dept. of Revenue, c/o Christopher R. Momjian, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14846415 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14850027 | + | KeyBank, NA, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14846421 | + | Marina District Development Co.LLC TA, Borgata, One Borgata Way, Atlantic City, NJ 08401-1900 |
| 14846422 | + | McCarter & English, 4 Gateway Center,, 100 Mulberry Street, Newark, NJ 07102-4056 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2024 00:19:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 01:22:56 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14858222 | | Email/Text: bnc@atlasacq.com | Jul 25 2024 00:18:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14846406 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 01:20:56 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14861893 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 00:46:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14848893 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2024 00:19:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14846408 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2024 00:18:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14867209 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2024 00:18:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

Case 24-10110-amc  Doc 42  Filed 07/26/24  Entered 07/27/24 00:37:16  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 152 | Total Noticed: 52 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14846409 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2024 00:19:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14846410 | + | Email/Text: CollectionsCompliance@fiserv.com | Jul 25 2024 00:19:00 | Bet Sugarhouse, C/O TRS, 1600 Terrell Mill Road, Marietta, GA 30067-8302 |
| 14846411 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 25 2024 00:19:00 | Bridgecrest Auto, POB 842695, Los Angeles, CA 90084-2695 |
| 14847374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 01:21:52 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14846412 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 01:33:53 | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14867300 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2024 01:22:14 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14846414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 01:20:58 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14856033 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 00:19:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14855162 | | Email/Text: mrdiscen@discover.com | Jul 25 2024 00:18:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14849922 | | Email/Text: mrdiscen@discover.com | Jul 25 2024 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14878396 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 25 2024 00:19:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14846417 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2024 00:46:46 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219 |
| 14858486 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 25 2024 00:19:00 | KeyBank, N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14846418 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 25 2024 00:19:00 | Keybank, NA, 4910 Teidman Road, Cleveland, OH 44144-2338 |
| 14846419 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 01:23:26 | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14856541 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 01:23:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867374 | | Email/Text: camanagement@mtb.com | Jul 25 2024 00:19:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14846420 | | Email/Text: camanagement@mtb.com | Jul 25 2024 00:19:00 | M&T Bank, POB 1288, Buffalo, NY 14240 |
| 14867296 | + | Email/Text: Knapp@josiahknapplaw.com | Jul 25 2024 00:19:00 | Marina District Development Co., LLC t/a Borgata, c/o Josiah Knapp Law, PC, 100 S. Broad Street, Suite 930, Philadelphia, PA 19110-1060 |
| 14852706 | + | Email/Text: bncnotifications@pheaa.org | Jul 25 2024 00:19:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14847463 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14846423 | + | Email/Text: CollectionsDept@PFCU.COM | Jul 25 2024 00:19:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14867946 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2024 00:19:06 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14867947 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2024 00:19:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14867948 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2024 00:19:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14850995 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 25 2024 00:19:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14846424 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 25 2024 00:19:00 | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14865566 | | Email/Text: bncmail@w-legal.com | Jul 25 2024 00:19:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14846426 | | Email/Text: bankruptcy@td.com | Jul 25 2024 00:19:00 | TD Bank NA, POB 746, Keene, NH 03431 |
| 14846425 | + | Email/Text: bncmail@w-legal.com | Jul 25 2024 00:19:00 | Target, POB 660170, Dallas, TX 75266-0170 |
| 14846427 | ^ | MEBN | Jul 25 2024 00:03:13 | UHG I LLC, 6400 Shewridan Drive, Ste 138, Buffalo, NY 14221-4842 |
| 14846428 | + | Email/Text: LCI@upstart.com | Jul 25 2024 00:19:00 | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14846429 | + | Email/Text: Bankruptcy@wsfsbank.com | Jul 25 2024 00:19:00 | WSFS, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14846416 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor KeyBank NA bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jul 24, 2024 | Form ID: 152 | Total Noticed: 52

| | |
|---|---|
| GARY E. THOMPSON | on behalf of Debtor Timothy Walters get24esq@aol.com |
| GARY E. THOMPSON | on behalf of Joint Debtor Andrea Walters get24esq@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy Walters and Andrea Walters
    Debtor(s)

Case No: 24−10110−amc

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/27/24 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

41 − 2
Form 152