United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10110-amc |
| Timothy Walters | Chapter 13 |
| Andrea Walters | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Walters, Andrea Walters, 151 Hamilton Road, Landenberg, PA 19350-9365 |
| cr | + | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENU, Office of Attorney General, c/o Christopher R. Momjian, 1600 Arch Street, Suite 300, Philadelphia, PA 19103 UNITED STATES 19103-2016 |
| 14846405 | + | AES, Pheaa, POB 2057, Harrisburg, PA 17105-2057 |
| 14846407 | + | Baker Tilly, POB 78975, Milwaukee, WI 53278-8975 |
| 14846413 | | Cashion Legal, 4838 Richard Road SW, Suite 300, Calgary, AB |
| 14848132 | + | Commonwealth of PA, Dept. of Revenue, c/o Christopher R. Momjian, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14846415 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14850027 | + | KeyBank, NA, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14846421 | + | Marina District Development Co.LLC TA, Borgata, One Borgata Way, Atlantic City, NJ 08401-1900 |
| 14846422 | + | McCarter & English, 4 Gateway Center,, 100 Mulberry Street, Newark, NJ 07102-4056 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 19 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Dec 19 2024 00:20:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2024 00:45:30 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14858222 | | Email/Text: bnc@atlasacq.com | Dec 19 2024 00:20:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14846406 | + | Email/PDF: bncnotices@becket-lee.com | Dec 19 2024 00:31:06 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14861893 | | Email/PDF: bncnotices@becket-lee.com | Dec 19 2024 00:32:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14848893 | + | Email/Text: bkfilings@zwickerpc.com | Dec 19 2024 00:20:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14846408 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 19 2024 00:20:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14867209 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 19 2024 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

Case 24-10110-amc    Doc 51    Filed 12/20/24    Entered 12/21/24 00:36:39    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2024 | Form ID: pdf900 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 14846409 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 19 2024 00:20:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14846410 | + | Email/Text: CollectionsCompliance@fiserv.com | Dec 19 2024 00:20:00 | Bet Sugarhouse, C/O TRS, 1600 Terrell Mill Road, Marietta, GA 30067-8302 |
| 14846411 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 19 2024 00:20:00 | Bridgecrest Auto, POB 842695, Los Angeles, CA 90084-2695 |
| 14847374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2024 00:31:53 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14846412 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2024 00:30:19 | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14867300 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2024 00:29:57 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14846414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2024 00:44:47 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14856033 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2024 00:20:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14855162 | | Email/Text: mrdiscen@discover.com | Dec 19 2024 00:20:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14849922 | | Email/Text: mrdiscen@discover.com | Dec 19 2024 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14878396 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 19 2024 00:20:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14940394 | | Email/PDF: bncnotices@becket-lee.com | Dec 19 2024 00:32:20 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14846417 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2024 00:32:21 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219 |
| 14858486 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 19 2024 00:20:00 | KeyBank, N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14846418 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 19 2024 00:20:00 | Keybank, NA, 4910 Teidman Road, Cleveland, OH 44144-2338 |
| 14846419 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2024 00:29:59 | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14856541 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2024 00:29:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867374 | | Email/Text: camanagement@mtb.com | Dec 19 2024 00:20:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14846420 | | Email/Text: camanagement@mtb.com | Dec 19 2024 00:20:00 | M&T Bank, POB 1288, Buffalo, NY 14240 |
| 14867296 | + | Email/Text: Knapp@josiahknapplaw.com | Dec 19 2024 00:20:00 | Marina District Development Co., LLC t/a Borgata, c/o Josiah Knapp Law, PC, 100 S. Broad Street, Suite 930, Philadelphia, PA 19110-1060 |
| 14852706 | + | Email/Text: bncnotifications@pheaa.org | Dec 19 2024 00:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14847463 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14846423 | + | Email/Text: CollectionsDept@PFCU.COM | Dec 19 2024 00:20:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14867946 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2024 00:20:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14867947 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2024 00:20:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14867948 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2024 00:20:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14850995 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 19 2024 00:20:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14846424 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 19 2024 00:20:00 | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14865566 | | Email/Text: bncmail@w-legal.com | Dec 19 2024 00:20:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14846426 | | Email/Text: bankruptcy@td.com | Dec 19 2024 00:20:00 | TD Bank NA, POB 746, Keene, NH 03431 |
| 14846425 | + | Email/Text: bncmail@w-legal.com | Dec 19 2024 00:20:00 | Target, POB 660170, Dallas, TX 75266-0170 |
| 14846427 | ^ | MEBN | Dec 19 2024 00:10:13 | UHG I LLC, 6400 Shewridan Drive, Ste 138, Buffalo, NY 14221-4842 |
| 14846428 | + | Email/Text: LCI@upstart.com | Dec 19 2024 00:20:00 | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14846429 | + | Email/Text: Bankruptcy@wsfsbank.com | Dec 19 2024 00:20:00 | WSFS, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14846416 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

**Name**      **Email Address**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2024 | Form ID: pdf900 | Total Noticed: 53 |

| | | |
|---|---|---|
| CHRISTOPHER R. MOMJIAN | | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | | on behalf of Creditor KeyBank NA bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | | on behalf of Debtor Timothy Walters get24esq@aol.com |
| GARY E. THOMPSON | | on behalf of Joint Debtor Andrea Walters get24esq@aol.com |
| KENNETH E. WEST | | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　TIMOTHY WALTERS<br>　　ANDREA WALTERS<br><br>　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 24-10110-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 17, 2024**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge